IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )            4:08CR3002
                Plaintiff,      )
                                )
        vs.                     )            ORDER
                                )
JUAN RAMON RIOS TORRES,         )
                                )
                Defendant.      )


        The court has been presented a Financial Affidavit (CJA Form
23) signed by the above-named defendant in support of a request for
appointed counsel.  After a review of the Financial Affidavit, I
find that the above-named defendant is eligible for appointment of
counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and
the Amended Criminal Justice Act Plan for the District of Nebraska.

        **IT THEREFORE HEREBY IS ORDERED** that Michael J. Tasset is
appointed as attorney of record for the above-named defendant.

        **IT IS FURTHER ORDERED** that the Federal Public Defender's
Office shall forthwith provide counsel with a draft appointment
order (CJA Form 20) bearing the name and other identifying
information of the CJA Panel attorney identified in accordance
with the Criminal Justice Act Plan for this district.

        **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of
this order to the Federal Public Defender and the defendant's
attorney.

        DATED January 18, 2008.

                        BY THE COURT

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge